KENNETH R. WACHTEL
(State Bar # 73035)
Law Offices of Kenneth R Wachtel
655 Redwood Highway, Suite 250
Mill Valley, California 94941-3054
Telephone: (415) 381-2727
Facsimile: (415) (415) 380-1212
KWachtel@KrwLaw.Net

Attorneys for Creditor Center Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| POINT SAN PEDRO ROAD COALITION, A CALIFORNIA CORPORATION, JONATHAN FRIEMAN, JAN BRICE, AND MARIO DIPALMA, Individually, and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs<br><br>vs.<br><br>SAN RAFAEL ROCK QUARRY, INC., and Does 1-500,<br><br>Defendants | CASE NO. 11-CV-06327<br><br>**ORDER OF REMAND TO STATE COURT** |

On the basis of the Stipulation to Remand entered into and submitted by Plaintiff Jan Brice and Defendant San Rafael Rock Quarry, Inc., good cause having been found,

IT IS HEREBY ORDERED that the Defendant Jan Brice's Motion to Remand be and is herby taken off calendar.  Pursuant to the Stipulation between the parties Defendant San Rafael Rock Quarry, Inc is shall pay to Defendant Jan Brice the sum of $2,600.00 as attorneys fees.

1 | IT IS FURTHER ORDERED that this case be immediately remanded in its entirety to the Marin County Superior Court from where it was removed by Defendant San Rafael Rock Quarry, Inc. on December 14, 2011.

Dated: February 3, 2012

Magistrate Judge Laurel Beeler

**\*\* END OF ORDER \*\***